IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**EDWIN DAVIS,**

    **Petitioner,**

v.                            **CIVIL ACTION NO. 5:06-0135**

**CHARLES T. FELT,**

    **Respondent.**

## MEMORANDUM OPINION AND JUDGMENT ORDER

    By Standing Order entered on July 21, 2004, this matter was referred to United States Magistrate Judge R. Clarke VanDervort. Pursuant to 28 U.S.C. § 636(b)(1)(B), the Standing Order directs Magistrate Judge VanDervort to submit proposed findings and recommendation concerning the disposition of this matter. Magistrate Judge VanDervort submitted his Proposed Findings and Recommendation on March 3, 2006, and proposed that this court (1) confirm and accept the Magistrate Judge's findings contained within his Proposed Findings and Recommendation, (2) dismiss petitioner's application with prejudice in consideration of its lack of jurisdiction and without prejudice as to the merits of the claims it raises, and (3) direct the Clerk to remove this action from the active docket of the court.

    In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted ten days, plus three mailing days, in which to file any objections to Magistrate Judge VanDervort's Proposed Findings and Recommendation.  This court need not conduct a de

novo review when a petitioner "makes general and conclusory objections that do not direct the court to a specific error in the magistrate's proposed findings and recommendations." Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982). Here, petitioner has not objected. As such, the court need not conduct a de novo review.

Having reviewed the Findings and Recommendation filed by Magistrate Judge VanDervort, the court (1) CONFIRMS and ACCEPTS the factual and legal analysis within the magistrate judge's Proposed Findings and Recommendation, (2) DISMISSES petitioner's application with prejudice as to jurisdictional issues, and without prejudice as to the merits it raises, and (3) DIRECTS the Clerk to remove this matter from the active docket of the court.

The Clerk is directed to forward a certified copy of this Order to all counsel of record and the plaintiff, pro se.

IT IS SO ORDERED this 27th day of March, 2006.

ENTER:

David A. Faber
Chief Judge

-2-